**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| TREMAYNE CARROLL, | ) | NO. CV 20-10659-PA(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| WARDEN COVELLO, ET AL., | ) | |
| Respondents. | ) | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: November 24, 2020.

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE